Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA HARRELL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC. a foreign corporation;<br><br>Defendant. | Case No.: 2:19-cv-00177-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT MEDICREDIT, INC. WITH PREJUDICE**<br><br>ECF No. 10 |

Plaintiff, Vanessa Harrell ("Plaintiff"), and Defendant, Medicredit, Inc. ("Medicredit") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Medicredit, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Medicredit, with Plaintiff and Medicredit bearing their own

///
///
///
///
///
///
///
///
///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 18, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 18, 2019

**SPENCER FANE LLP**

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
mbacon@spencerfane.com
*Attorney for Medicredit, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 19, 2019